## IN THE UNITED STATED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SARA BROWN, Individually and as the Personal Representative of the Estate of Darnell Ramon Brown, Deceased, | )<br>)<br>)<br>) | |
| Plaintiff, | ) | |
| v. | )<br>) | 12-CV-508-JED-PJC |
| PRIMERICA LIFE INSURANCE COMPANY, a foreign corporation, | )<br>)<br>) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby jointly stipulate for the dismissal of this entire action with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The parties have settled this matter and each party agrees to bear their own costs, expenses and attorneys' fees.

Respectfully submitted,

/s Lisa T. Silvestri
Lisa T. Silvestri, OBA No. 19239
Erin K. Dailey, OBA No. 20189
**GableGotwals**
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103-4217
Telephone: (918) 595-4800
Facsimile: (918) 595-4990

*Attorneys for Defendant Primerica Life Insurance Company*

/s Thomas J. Sullivent (*By Permission*)
Thomas J. Sullivent, OBA No. 17147
Sidney A. Martin II, OBA No. 10892
**Sullivent Law Firm**
1800 South Baltimore, Suite 1050
Tulsa, OK 74119
Telephone: (918) 295-8300
Facsimile: (918) 295-8302

*Attorneys for Plaintiff Sara Brown*

{1157308;}